DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **BlackRock Financial Management, Inc.**
> **40 East 52nd Street**
> **New York, NY 10022**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:    BlackRock Financial Management, Inc.
40 East 52nd Street
New York NY 10022


❑    Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:


❑    Residence Service: By leaving the process with the following adult at:


❑    Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:


❑    Publication: The defendant was served as follows: [Describe briefly]


❑    State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date July 24, 2019      Signature  _/s/ Nuno Cardoso_____

Print Name:      Nuno Cardoso_____

Business Address:      Prime Clerk LLC_____

60 E. 42nd Street, Suite 1440_____

New York NY 10165_____

19-297-1

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

SRF 34419 - 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Brigade Capital Management, LP**
> **399 Park Avenue, Suite 1600**
> **New York, NY 10022**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

_____
Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:     Brigade Capital Management, LP
399 Park Avenue, Suite 1600
New York NY 10022

❑    Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*_____

    Print Name:     Nuno Cardoso_____

    Business Address:     Prime Clerk LLC_____

                 60 E. 42nd Street, Suite 1440_____

                 New York NY 10165_____

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 3

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC**
> **Brookfield Place**
> **250 Vesey Street, 15th Floor**
> **New York, NY 10281**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC
Brookfield Place
250 Vesey Street, 15th Floor
New York NY 10281

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019          Signature  _/s/ Nuno Cardoso_____

          Print Name:          Nuno Cardoso_____

          Business Address:          Prime Clerk LLC_____

                              60 E. 42nd Street, Suite 1440_____

                              New York NY 10165_____

19-297-3

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **Davidson Kempner Capital Management LP**
> **520 Madison Avenue, 30th Floor**
> **New York, NY 10022**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>**07/15/2019**</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
          Davidson Kempner Capital Management LP
          520 Madison Avenue, 30th Floor
          New York NY 10022

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  */s/ Nuno Cardoso*

        Print Name:      Nuno Cardoso

        Business Address:    Prime Clerk LLC

                      60 E. 42nd Street, Suite 1440

                      New York NY 10165

19-297-4

DPR MODIFIED PROMESA B2500A (Form 2500AY)(06/17)

SRF 34419 - 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonweath of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Davidson Kempner Distressed Opportunities Fund LP**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
     Davidson Kempner Distressed Opportunities Fund LP
     c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
     CityPlace I, 34th Floor, 185 Asylum Street
     Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

                       60 E. 42nd Street, Suite 1440

                       New York NY 10165

19-297-5

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 6

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Davidson Kempner Distressed Opportunities International Ltd.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: <u>07/15/2019</u>

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

_____
Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Davidson Kempner Distressed Opportunities International Ltd.
c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
CityPlace I, 34th Floor, 185 Asylum Street
Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature  _/s/ Nuno Cardoso_____

Print Name:     Nuno Cardoso

Business Address:     Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

19-297-6

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

SRF 34419 - 7

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico | Case No.: 17-bk-3283-LTS |
| **Debtor** | |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., | Chapter: PROMESA Title III |
| **Plaintiffs** | |
| v. | |
| Blackrock Financial Management, Inc., et al., | Adv. Proc. No.: 19-00297 |
| **Defendants** | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **Davidson Kempner Institutional Partners, L.P.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq. P.O. Box 79897 Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A. Attn: John H. Genovese, Esq. 100 SE 2nd Street, Suite 4400 Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC Attn: Juan J. Casillas Ayala, Esq. PO Box 195075 San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Davidson Kempner Institutional Partners, L.P.
    c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
    CityPlace I, 34th Floor, 185 Asylum Street
    Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  */s/ Nuno Cardoso*

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

    60 E. 42nd Street, Suite 1440

    New York NY 10165

19-297-7

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 8

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **Davidson Kempner International, Ltd.**<br>**c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**<br>**CityPlace I, 34th Floor, 185 Asylum Street**<br>**Hartford, CT 06103** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
   Davidson Kempner International, Ltd.
   c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
   CityPlace I, 34th Floor, 185 Asylum Street
   Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019      Signature  /s/ Nuno Cardoso

   Print Name:        Nuno Cardoso

   Business Address:   Prime Clerk LLC

                       60 E. 42nd Street, Suite 1440

                       New York NY 10165

19-297-8

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 9

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Davidson Kempner Partners**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Davidson Kempner Partners
> c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
> CityPlace I, 34th Floor, 185 Asylum Street
> Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _July 24, 2019_     Signature  _/s/ Nuno Cardoso_

Print Name:     Nuno Cardoso

Business Address:     Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

19-297-9

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 10

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

**Deutsche Bank Securities, Inc.**
**60 Wall Street, Floor 3**
**New York, NY 10005**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

- ■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
  to:   Deutsche Bank Securities, Inc.
  60 Wall Street, Floor 3
  New York NY 10005

- ❑ Personal Service: By leaving the process with the defendant or with an officer or agent
  of defendant at:

- ❑ Residence Service: By leaving the process with the following adult at:

- ❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
  certified mail addressed to the following officer of the defendant at:

- ❑ Publication: The defendant was served as follows: [Describe briefly]

- ❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
  follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  /s/ Nuno Cardoso

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

    60 E. 42nd Street, Suite 1440

    New York NY 10165

19-297-10

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 11

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

**First Pacific Advisors, LLC**
**11601 Wilshire Boulevard, Suite 1200**
**Los Angeles, CA 90025**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made _____July 17, 2019_____ (date) by:

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
    First Pacific Advisors, LLC
    11601 Wilshire Boulevard, Suite 1200
    Los Angeles CA 90025

❑   Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-11

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Gordel Capital Limited**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Gordel Capital Limited
c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
CityPlace I, 34th Floor, 185 Asylum Street
Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature  */s/ Nuno Cardoso*_____

Print Name:          Nuno Cardoso_____

Business Address:     Prime Clerk LLC_____

60 E. 42nd Street, Suite 1440_____

New York NY 10165_____

19-297-12

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 13

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust**
> **250 West 55th Street**
> **New York, NY 10019**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■      Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:      JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust
          250 West 55th Street
          New York NY 10019

❑      Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑      Residence Service: By leaving the process with the following adult at:

❑      Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑      Publication: The defendant was served as follows: [Describe briefly]

❑      State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019      Signature   */s/ Nuno Cardoso*

       Print Name:      Nuno Cardoso

       Business Address:      Prime Clerk LLC

                         60 E. 42nd Street, Suite 1440

                         New York NY 10165

19-297-13

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 14

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico <br><br> Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., <br><br> Plaintiffs <br><br> v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al., <br><br> Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **JNL Multi-Manager Alternative Fund, a Series of JNL Series Trust**
> **250 West 55th Street**
> **New York, NY 10019**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq. <br> P.O. Box 79897 <br> Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A. <br> Attn: John H. Genovese, Esq. <br> 100 SE 2nd Street, Suite 4400 <br> Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC <br> Attn: Juan J. Casillas Ayala, Esq. <br> PO Box 195075 <br> San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
    JNL Multi-Manager Alternative Fund, a Series of JNL Series Trust
    250 West 55th Street
    New York NY 10019

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-14

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 15

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **John Hancock Investments**
> **PO Box 55107**
> **Boston, MA 02205**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
    John Hancock Investments
    PO Box 55107
    Boston MA 02205

❑ Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  */s/ Nuno Cardoso*_____

    Print Name:    Nuno Cardoso_____

    Business Address:    Prime Clerk LLC_____

        60 E. 42nd Street, Suite 1440_____

        New York NY 10165_____

19-297-15

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

SRF 34419 - 16

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **JUAN REINES ORTIZ RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR**
> **UBS Trust Company of PR, 250 Munoz Rivera Ave, 10th Floor**
> **San Juan, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

_____
Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

JUAN REINES ORTIZ RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR
UBS Trust Company of PR
250 Munoz Rivera Ave, 10th Floor
San Juan PR 00918

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019        Signature   /s/ Nuno Cardoso

Print Name:          Nuno Cardoso

Business Address:    Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

19-297-16

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

SRF 34419 - 17

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **LS Strategic Income Fund**
> **Attn: Nicole Ranzinger**
> **Once Financial Center**
> **Boston, MA 02111**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> LS Strategic Income Fund
> Attn: Nicole Ranzinger
> Once Financial Center
> Boston MA 02111

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

Print Name:     Nuno Cardoso

Business Address:     Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

19-297-17

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 18

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **M.H. Davidson & Co.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:     M.H. Davidson & Co.
        c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
        CityPlace I, 34th Floor, 185 Asylum Street
        Hartford CT 06103

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*

    Print Name:     Nuno Cardoso

    Business Address:     Prime Clerk LLC

               60 E. 42nd Street, Suite 1440

               New York NY 10165

19-297-18

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 19

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Natixis Investment Fund UK ICVC- LS Strategic Income Fund**
> **Attn: Nicole Ranzinger**
> **Once Financial Center**
> **Boston, MA 02111**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

_____
Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:     Natixis Investment Fund UK ICVC- LS Strategic Income Fund
        Attn: Nicole Ranzinger
        Once Financial Center
        Boston MA 02111

❑    Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019        Signature  _/s/ Nuno Cardoso_____

        Print Name:        Nuno Cardoso

        Business Address:  Prime Clerk LLC

                           60 E. 42nd Street, Suite 1440

                           New York NY 10165

19-297-19

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 20

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico | Case No.: 17-bk-3283-LTS |
| Debtor | |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., | Chapter: PROMESA Title III |
| Plaintiffs | |
| v. | |
| Blackrock Financial Management, Inc., et al., | Adv. Proc. No.: 19-00297 |
| Defendants | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **OZ Credit Opportunities Master Fund, Ltd.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:     OZ Credit Opportunities Master Fund, Ltd.
c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
CityPlace I, 34th Floor, 185 Asylum Street
Hartford CT 06103

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*_____

Print Name:     Nuno Cardoso_____

Business Address:     Prime Clerk LLC_____

60 E. 42nd Street, Suite 1440_____

New York NY 10165_____

19-297-20

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

SRF 34419 - 21

| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico | Case No.: 17-bk-3283-LTS |
|---|---|
| Debtor | |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., | Chapter: PROMESA Title III |
| Plaintiffs | |
| v. | |
| Blackrock Financial Management, Inc., et al., | Adv. Proc. No.: 19-00297 |
| Defendants | |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **OZ Enhanced Master Fund, Ltd.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____(date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:     OZ Enhanced Master Fund, Ltd.
           c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
           CityPlace I, 34th Floor, 185 Asylum Street
           Hartford CT 06103

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*

        Print Name:     Nuno Cardoso

        Business Address:     Prime Clerk LLC

                            60 E. 42nd Street, Suite 1440

                            New York NY 10165

19-297-21

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 22

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>――――――――――――<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>――――――――――――<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>――――――――――――<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **OZ GC Oppportunities Master Fund, Ltd**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

         OZ GC Oppportunities Master Fund, Ltd
         c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
         CityPlace I, 34th Floor, 185 Asylum Street
         Hartford CT 06103

❑     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature   */s/ Nuno Cardoso*

        Print Name:      Nuno Cardoso

        Business Address:      Prime Clerk LLC

                                  60 E. 42nd Street, Suite 1440

                                  New York NY 10165

19-297-22

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

SRF 34419 - 23

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **OZ Management LP**
> **9 West 57th Street, 39th Floor**
> **New York, NY 10019**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: **07/15/2019**

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____ Nuno Cardoso _____ (name), certify that service of this summons and a copy of the complaint was made _____ July 17, 2019 _____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

OZ Management LP
9 West 57th Street, 39th Floor
New York NY 10019

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature */s/ Nuno Cardoso* _____

Print Name:    Nuno Cardoso _____

Business Address:    Prime Clerk LLC _____

60 E. 42nd Street, Suite 1440 _____

New York NY 10165 _____

19-297-23

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

SRF 34419 - 24

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **OZ Master Fund, Ltd.**
> **c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.**
> **CityPlace I, 34th Floor, 185 Asylum Street**
> **Hartford, CT 06103**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
        OZ Master Fund, Ltd.
        c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
        CityPlace I, 34th Floor, 185 Asylum Street
        Hartford CT 06103

❑  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑  Residence Service: By leaving the process with the following adult at:

❑  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑  Publication: The defendant was served as follows: [Describe briefly]

❑  State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  */s/ Nuno Cardoso*

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-24

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 25

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> OZSC II, L.P.
> c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
> CityPlace I, 34th Floor, 185 Asylum Street
> Hartford, CT 06103

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
OZSC II, L.P.
c/o Bracewell, LLP, Attn: Kurt A. Mayr, Esq.
CityPlace I, 34th Floor, 185 Asylum Street
Hartford CT 06103

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019        Signature  /s/ Nuno Cardoso

Print Name:        Nuno Cardoso

Business Address:        Prime Clerk LLC

60 E. 42nd Street, Suite 1440

New York NY 10165

19-297-25

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____ Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____ Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____ Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Pelican Fund LP**
> **250 West 55th Street**
> **New York, NY 10019**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
        Pelican Fund LP
        250 West 55th Street
        New York NY 10019

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

      Print Name:    Nuno Cardoso

      Business Address:    Prime Clerk LLC

                    60 E. 42nd Street, Suite 1440

                    New York NY 10165

19-297-26

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 27

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Puerto Rico AAA Portfolio Target Maturity Fund, Inc.**
> **American International Plaza Building**
> **250 Munoz Rivera Avenue**
> **San Juan, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
    American International Plaza Building
    250 Munoz Rivera Avenue
    San Juan PR 00918

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-27

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 28

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico <br><br> Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., <br><br> Plaintiffs <br><br> v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al., <br><br> Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **Silver Point Capital Fund, L.P.**
> **c/o Credit Admin**
> **Two Greenwich Plaza, 1st Floor**
> **Greenwich, CT 06830**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq. <br> P.O. Box 79897 <br> Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A. <br> Attn: John H. Genovese, Esq. <br> 100 SE 2nd Street, Suite 4400 <br> Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC <br> Attn: Juan J. Casillas Ayala, Esq. <br> PO Box 195075 <br> San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: 07/15/2019

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Silver Point Capital Fund, L.P.
    c/o Credit Admin
    Two Greenwich Plaza, 1st Floor
    Greenwich CT 06830

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

    Print Name:     Nuno Cardoso

    Business Address:     Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-28

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 29

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **Silver Point Capital Offshore Master Fund, L.P.**<br>**c/o Credit Admin**<br>**Two Greenwich Plaza, 1st Floor**<br>**Greenwich, CT 06830** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: 07/15/2019

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

**■**     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
    Silver Point Capital Offshore Master Fund, L.P.
    c/o Credit Admin
    Two Greenwich Plaza, 1st Floor
    Greenwich CT 06830

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

    Print Name:     Nuno Cardoso_____

    Business Address:     Prime Clerk LLC_____

    60 E. 42nd Street, Suite 1440_____

    New York NY 10165_____

19-297-29

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 30

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| |
|---|
| **Strategic Income Fund-MMHF**<br>**Attn: Nicole Ranzinger**<br>**Once Financial Center**<br>**Boston, MA 02111** |

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of the complaint was made _____July 17, 2019_____ (date) by:

■ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Strategic Income Fund-MMHF
    Attn: Nicole Ranzinger
    Once Financial Center
    Boston MA 02111

❑ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature _/s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso

    Business Address:    Prime Clerk LLC

        60 E. 42nd Street, Suite 1440

        New York NY 10165

19-297-30

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

SRF 34419 - 31

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

> **The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico**
> **c/o Javier Gonzalez, UBS Trust Company of Puerto Rico,**
> **250 Munoz Rivera Ave, 10th Floor**
> **San Juan, PR 00918**

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

    If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

    If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: **07/15/2019**

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

# CERTIFICATE OF SERVICE

I, _____Nuno Cardoso_____ (name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:
      The Belaval Burger Grandchildren Trust, represented by UBS Trust
Company of Puerto Rico
c/o Javier Gonzalez, UBS Trust Company of Puerto Rico
250 Munoz Rivera Ave, 10th Floor
San Juan PR 00918

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of_____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature _/s/ Nuno Cardoso_____

    Print Name:     Nuno Cardoso_____

    Business Address:     Prime Clerk LLC_____

                              60 E. 42nd Street, Suite 1440_____

                              New York NY 10165_____

19-297-31

Case:19-00297-LTS Doc#:12 Filed:07/25/19 Entered:07/25/19 13:46:33 Desc: Main
Document Page 63 of 66

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 32

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: 17-bk-3283-LTS |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: PROMESA Title III |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: 19-00297 |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

> **The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico**
> **c/o Javier Gonzalez, UBS Trust Company of Puerto Rico**
> **250 Munoz Rivera Ave, 10th Floor**
> **San Juan, PR 00918**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | | |
|---|---|---|
| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: **07/15/2019**

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Signature of Clerk or Deputy Clerk

DPR MODIFIED PROMESA B2500A (Form 2500A)(06/17)

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of the complaint was made_____July 17, 2019_____ (date) by:

■   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
      The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico
      c/o Javier Gonzalez, UBS Trust Company of Puerto Rico
      250 Munoz Rivera Ave, 10th Floor
      San Juan PR 00918

❑   Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑   Publication: The defendant was served as follows: [Describe briefly]

❑   State Law: The defendant was served pursuant to the laws of the State of_____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019    Signature  /s/ Nuno Cardoso_____

    Print Name:    Nuno Cardoso_____

    Business Address:    Prime Clerk LLC_____

        60 E. 42nd Street, Suite 1440_____

        New York NY 10165_____

19-297-32

DPR MODIFIED PROMESA B2500A (Form 2500A) (06/17)

SRF 34419 - 33

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico<br><br>_____<br>Debtor | Case No.: <u>17-bk-3283-LTS</u> |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al.,<br><br>_____<br>Plaintiffs<br><br>v. | Chapter: <u>PROMESA Title III</u> |
| Blackrock Financial Management, Inc., et al.,<br><br>_____<br>Defendants | Adv. Proc. No.: <u>19-00297</u> |

## SUMMONS IN AN ADVERSARY PROCEEDING

To:

| **The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico**<br>**c/o Javier Gonzalez, UBS Trust Company of Puerto Rico**<br>**250 Munoz Rivera Ave, 10th Floor**<br>**San Juan, PR 00918** |
|---|

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| Luis F. del Valle-Emmanuelli, Esq.<br>P.O. Box 79897<br>Carolina, Puerto Rico 00984-9897 | Genovese Joblove & Battista, P.A.<br>Attn: John H. Genovese, Esq.<br>100 SE 2nd Street, Suite 4400<br>Miami, Florida 33131 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
|---|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Digitally signed by CT
Date: 2019.07.15
15:20:05 -04'00'

Date: <u>07/15/2019</u>

_____
Signature of Clerk or Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____Nuno Cardoso_____(name), certify that service of this summons and a copy of
the complaint was made_____July 17, 2019_____ (date) by:

■  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
   to:  The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust
        Company of Puerto Rico
        c/o Javier Gonzalez, UBS Trust Company of Puerto Rico
        250 Munoz Rivera Ave, 10th Floor
        San Juan PR 00918

❑  Personal Service: By leaving the process with the defendant or with an officer or agent
   of defendant at:

❑  Residence Service: By leaving the process with the following adult at:

❑  Certified Mail Service on an Insured Depository Institution: By sending the process by
   certified mail addressed to the following officer of the defendant at:

❑  Publication: The defendant was served as follows: [Describe briefly]

❑  State Law: The defendant was served pursuant to the laws of the State of_____, as
   follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 24, 2019     Signature  /s/ Nuno Cardoso_____

    Print Name:        Nuno Cardoso_____

    Business Address:  Prime Clerk LLC_____

                       60 E. 42nd Street, Suite 1440_____

                       New York NY 10165_____

19-297-33